No. 547. VARRELMAN v. FLORA LOGGING CO. Jurisdictional statement submitted January 19, 1931. Decided January 26, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Wabash R. Co.* v. *Flannigan,* 192 U. S. 29; *Erie R. Co.* v. *Solomon,* 237 U. S. 427; *Zucht* v. *King,* 260 U. S. 174; *Sugarman* v. *United States,* 249 U. S. 182; *C. A. King & Co.* v. *Horton,* 276 U. S. 600; *Bank of Indianola* v. *Miller,* 276 U. S. 605; *Roe* v. *Kansas,* 278 U. S. 191. *Mr. Arthur I. Moulton* for appellant. *Mr. I. H. Van Winkle* for appellee.

No. 50. WISCONSIN ELECTRIC CO. v. DUMORE CO. Argued January 12, 13, 1931. Decided January 26, 1931. *Per Curiam:* It appearing that the asserted conflict in decisions arises from differences in states of fact, and not in the application of a principle of law, the writ of certiorari is dismissed as improvidently granted. *Mr. George Bayard Jones,* with whom *Messrs. Walter F. Murray* and *Greer Maréchal* were on the brief, for petitioner. No appearance for respondent.